# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0660
Lower Tribunal Nos. F11-1764, F11-1765, F11-1766, F11-1767, F11-1308

_____

**Alexander F. Thomas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Alexander F. Thomas, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Jackson v. State, 127 So. 3d 706 (Fla. 4th DCA 2013).